ERIC GRANT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: Rachel.Davidson@usdoj.gov
Telephone: (916) 554-2700

Attorneys for Defendant
DAVID PAUL STEINER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDISE MAXWELL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID PAUL STEINER<br><br>　　　　　　　Defendant. | Case No. 2:25-CV-2006 JDP<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

　　　　Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders that Defendant, Postmaster General, David P. Steiner's response to Plaintiff's Complaint, is extended to January 19, 2026.

IT IS SO ORDERED.


Dated:　　December 9, 2025　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE